**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MOHSEN H. AHMAD,**

          **Plaintiff,**

-vs-                                         **Case No. 6:04-cv-443-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 21412(d) (Doc. No. 17)** |
| **FILED:** | **November 30, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Mohsen Ahmad, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on September 1, 2005. Doc. No. 16. An award of fees and expenses is, therefore, ripe for consideration.

Ahmad's attorney seeks $4,490.46 in attorney's fees for 24.1 hours worked during 2004, and $157.68 for 5.3 hours worked during 2005. The hourly rate she seeks is $151.65 for work performed

in 2004, and $157.68 for work performed in 2005 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. She provided a copy of the cost of living index supporting these hourly rates. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Ahmad, I find that the fees requested are appropriate in the absence of objection.

Ahmad also seeks reimbursement for $150.00 in costs, and $13.26 for expenses. The Commissioner does not oppose these expenses and costs. I find that these costs and expenses were necessarily incurred, in the absence of objection.

It is, therefore, **ORDERED** that Ahmad is awarded $4,490.46 in attorney's fees and $13.26 in expenses and $150.00 in costs.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties